

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

SALOME BROWN-EL,

    Petitioner,

v.                                        Civil Action No. 3:14CV195

JEFFREY NEWTON,

    Respondent.

## MEMORANDUM OPINION

By Memorandum Order entered on April 9, 2014, the Court filed Salome Brown-El's petition for a writ of habeas corpus under 28 U.S.C. § 2254. On April 18, 2014, the United States Postal Service returned a April 9, 2014 Memorandum Order to the Court marked, "RETURN TO SENDER," "NO MAIL RECEPTACLE," and "UNABLE TO FORWARD." Since that date, Brown-El has not contacted the Court to provide a suitable address. Brown-El's failure to contact the Court and provide a suitable address indicates her lack of interest in prosecuting this action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of this Memorandum Opinion to Brown-El.

                                                        /s/   REP
                                      Robert E. Payne
Date: May 23, 2014         Senior United States District Judge
Richmond, Virginia